# United States District Court
## WESTERN DISTRICT OF TENNESSEE

### JUDGMENT IN A CIVIL CASE

MARIO MARQUETTE MYERS,
    Plaintiff,

                                              CASE NUMBER: 16-2135-JDT-cgc

CORRECT CARE SOLUTION, ET AL.,
    Defendants,

**Decision by Court.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that in compliance with the order entered in the above-styled matter on 3/20/2017, this case is hereby DISMISSED for failure to state a claim on which relief can be granted, pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(ii) and 1915A(b)(1). The Court also CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal in this matter by Plaintiff would not be taken in good faith. The Plaintiff is instructed that if he wishes to take advantage of the PLRA's installment procedures for paying the appellate filing fee, he must comply with the procedures set out in *McGore* and § 1915(a)(2) by filing an updated *in forma pauperis* affidavit and a current, certified copy of his inmate trust account for the six months immediately preceding the filing of the notice of appeal. Myers is warned that he is barred from filing any further actions *in forma pauperis* while he is a prisoner within the meaning of 28 U.S.C. § 1915(h) unless he is in imminent danger of serious physical injury. Any civil action filed by Myers after the date of the judgment in this case must be accompanied by either the $400 civil filing fee or allegations sufficient to show that, at the time of filing the action, he is in imminent danger of serious physical injury.

**APPROVED:**

                                                          <u>s/James D. Todd</u>
                                                          JAMES D. TODD
                                                          U.S. DISTRICT JUDGE

**THOMAS M. GOULD**
**CLERK**

**BY: s/Shurlyn Chernenko**
**DEPUTY CLERK**